UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:97-cr-361-T-23TBM

ROBERT A. MAGNAN
_____/

## ORDER

On April 5, 2004, the United States Probation Office filed an April 2, 2004, petition for revocation of the defendant's probation (Doc. 33).[*] At the hearing on January 5, 2007, retained counsel, Todd Foster, represented the defendant and Assistant United States Attorney Jay Hoffer represented the United States.

The defendant admits the violation described in numbered paragraph sixteen of the petition.[**] Accordingly, the court adjudges the defendant guilty of violating the terms of his probation, and the defendant's term of probation is **REVOKED**. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to three (3) months of imprisonment and twenty-four (24) months of supervised release.

---

[*] The defendant having pled guilty to counts one through five of an information, the court imposed a sentence on April 6, 1999, of sixty months of probation.

[**] The United States withdraws the violations described in numbered paragraphs one through fifteen.

The defendant is permitted to surrender voluntarily as notified by the United States Marshal.

ORDERED in Tampa, Florida, on _____January 6th_____, 2007.

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
United States Probation
Counsel of Record